UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br><br>MICHAEL J. GARDETTO<br>DEBTOR | CHAPTER 11<br>CASE NO. 09-13370-HJB |

### ORDER PROVISIONALLY APPROVING DISCLOSURE STATEMENT REGARDING THE SECOND AMENDED PLAN OF REORGANIZATION AND SETTING HEARING ON CONFIRMATION AND RELATED DEADLINES

A disclosure statement under Chapter 11 of the Bankruptcy Code having being filed by the Debtor on October 21, 2009, referring to a Second Amended Plan of Reorganization filed by the Debtor, it is hereby ORDERED that:

1. The hearing at which the Court will determine whether to finally approve this Disclosure Statement and Confirm the Plan with take place on January 13, 2010 at 11:30 a.m. in Courtroom 4 at the United States Bankruptcy Court, Harold D. Donohue Federal Building, 595 Main Street, Worcester, Massachusetts 01608.

2. Ballots accepting or rejecting the Plan must be returned to counsel to Michael J. Gardetto as indicated on the ballot so as to be received no later than 4:30 p.m. on January 6, 2010 or they will not be counted.

3. Written objections to the adequacy of this Disclosure Statement or the confirmation of the Plan of Reorganization must be filed with the Court and served on counsel to Michael J. Gardetto so as to be received no later than 4:30 p.m. on January 6, 2010, or it may not be considered.

4. Fee applications by professional authorized to be employed in this case may be filed after confirmation; however, if any application is filed and served on all creditors and parties in interest, by 4:30 p.m. on December 6, 2009, objections to any such application shall be filed with the Court and served on the applicant and on counsel for Michael J. Gardetto so as to be received by January 6, 2010, and hearing on such application will be held in conjunction with the confirmation hearing.

_/s/ Henry Jal Boroff_
Honorable Henry J. Boroff
Chief United States Bankruptcy Judge

Dated: November 18, 2009