UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: Michael J. Gardetto. | CHAPTER 11 |
|---|---|
| | CASE NO. 09-13370-HJB |

ASSENTED TO MOTION TO CONTINUE HEARING ON OBJECTION TO PLAN

    Now comes Wells Fargo Bank, N.A. and moves that it's Objection to Plan scheduled for February 3, 2010 be continued for two weeks. In support of it's motion, Wells Fargo Bank, N.A. states as follows:

1.    The parties are attempting to resolve this matter.

2.    As indicated below, debtor's counsel assents to the allowance of this motion.

    WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that it's Objection to Plan scheduled for February 3, 2010 be continued for two weeks.

    Respectfully submitted,
    Wells Fargo Bank, N.A.,
    By its Attorney

    /s/ Jason J. Giguere
    Jason J. Giguere, Esquire
    BBO# 667662
    HARMON LAW OFFICES, P.C.
    P.O. Box 610345
    Newton Highlands, MA 02461-0345
    781-292-3900
    mabk@harmonlaw.com

Assented to by:
Michael J. Gardetto,
By his attorney,

/s/ Herbert Weinberg
Herbert Weinberg, Esquire for the Debtor
805 Turnpike St., Suite. 201
North Andover, MA 01845


Dated: February 2, 2010


200903-0411        BKR

    /Motion to Continue Hearing/Gardetto, Michael

In Re: Michael J. Gardetto<br>
Case No. 09-13370-HJB<br>
CHAPTER 11

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| IN RE: Michael J. Gardetto | CHAPTER 11 |
| --- | --- |
| | CASE NO. 09-13370-HJB |

### CERTIFICATE OF SERVICE

I, Jason J. Giguere, Esquire, state that on February 2, 2010, I electronically filed the foregoing Motion to Continue with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Herbert Weinberg, Esquire for the Debtor
John Fitzgerald, Esquire, Assistant U.S. Trustee
Patrick Martin, Esquire for the Debtor
Joseph G. LaRusso, Esq. for the City of Boston

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662

Michael J. Gardetto
30 Peterborough Street, Unit 25
Boston, MA 02215